## Commonwealth *v.* Wilson, Appellant.

Submitted December 30, 1975. *Joseph W. Mullin,* Public Defender, for appellant; *Richard W. Linton,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea *nunc pro tunc.* See *Commonwealth v. Roberts,* 237 Pa. Superior Ct. 336 (1975) and *Commonwealth v. Velasquez,* 238 Pa. Superior Ct. 368 (1976).

WATKINS, P. J., and PRICE, J., dissent on the basis of the dissenting opinion in *Commonwealth v. Roberts,* supra.

## Commonwealth *v.* Wolfe, Appellant.

Submitted November 17, 1975. *Harry E. Knafelc,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.